# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>    Ronald Skupien<br><br>    Debtor(s) | Case No. 11 B 17560 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/26/2011.

2) The plan was confirmed on 10/06/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/06/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Completed on 05/02/2016.

6) Number of months from filing to last payment: 60.

7) Number of months case was pending: 62.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $223,945.39.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $42,457.50 |
| Less amount refunded to debtor | $2,378.54 |

**NET RECEIPTS:** $40,078.96

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,774.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,576.96 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,350.96

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Academy Collection Service | Unsecured | 119.85 | NA | NA | 0.00 | 0.00 |
| Academy Collection Service | Unsecured | 100.72 | NA | NA | 0.00 | 0.00 |
| Ameriquest | Unsecured | 8,097.00 | NA | NA | 0.00 | 0.00 |
| Amex | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Aspire | Unsecured | 773.00 | NA | NA | 0.00 | 0.00 |
| AT&T Credit Management | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| Bank Of America | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Blackhawk Finance Inc | Secured | 6,164.29 | 3,065.71 | 3,065.71 | 0.00 | 0.00 |
| BP Oil/Citibank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 446.00 | NA | NA | 0.00 | 0.00 |
| Capital One Services | Unsecured | 1,404.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 13,285.00 | NA | NA | 0.00 | 0.00 |
| Chase Home Finance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Citi Cards | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Citibank NA | Unsecured | 6,185.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 122.00 | 366.00 | 366.00 | 48.13 | 0.00 |
| Commonwealth Edison | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Conseco Finance Servicing Corp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Contrust | Unsecured | 507.00 | NA | NA | 0.00 | 0.00 |
| CorTrust Bank | Unsecured | 604.52 | 604.52 | 604.52 | 79.49 | 0.00 |
| Credit Acceptance Corp | Unsecured | 3,961.00 | 3,961.59 | 3,961.59 | 520.95 | 0.00 |
| Diners Club International | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Discover Financial Services | Unsecured | 3,205.00 | NA | NA | 0.00 | 0.00 |
| Discover Financial Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Drive Financial Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ECast Settlement Corp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ECast Settlement Corp | Unsecured | 401.00 | 466.77 | 466.77 | 61.38 | 0.00 |
| First National Bank/Save Cre | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |
| First National Bank/Save Cre | Unsecured | 6.00 | NA | NA | 0.00 | 0.00 |
| First Premier | Unsecured | 393.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| First Premier | Unsecured | 474.00 | NA | NA | 0.00 | 0.00 |
| First Premier | Unsecured | 222.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Gateway Financial | Unsecured | NA | 7,267.55 | 7,267.55 | 955.68 | 0.00 |
| Gemb/JCP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HFC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 1,756.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 422.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 858.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | NA | 2,997.16 | 2,997.16 | 394.13 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 2,729.84 | 3,112.04 | 3,112.04 | 3,112.04 | 0.00 |
| Illinois Tollway | Unsecured | NA | 3,114.40 | 3,114.40 | 409.54 | 0.00 |
| Internal Revenue Service | Unsecured | 23,213.52 | 1,750.48 | 1,750.48 | 230.19 | 0.00 |
| Internal Revenue Service | Secured | 10,649.26 | 10,649.26 | 10,649.26 | 10,649.26 | 0.00 |
| Internal Revenue Service | Priority | 23,213.52 | 14,948.75 | 14,948.75 | 14,948.75 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 12,410.87 | 12,484.97 | 12,484.97 | 1,641.77 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 240.00 | 240.00 | 31.56 | 0.00 |
| Lexington Health Care Center | Unsecured | 94,479.00 | NA | NA | 0.00 | 0.00 |
| LVNV Funding | Unsecured | 921.00 | NA | NA | 0.00 | 0.00 |
| Merrick Bank | Unsecured | 682.00 | 926.75 | 926.75 | 121.87 | 0.00 |
| Midland Credit Management | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 357.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 368.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding LLC | Unsecured | 1,457.00 | 1,010.53 | 1,010.53 | 132.88 | 0.00 |
| Nicor Gas | Unsecured | 1,050.00 | 1,050.40 | 1,050.40 | 138.13 | 0.00 |
| Nicor Gas | Unsecured | 982.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Payday Loan | Unsecured | 2,412.25 | NA | NA | 0.00 | 0.00 |
| Plains Commerce Bank | Unsecured | 230.00 | 380.75 | 380.75 | 50.07 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 9,555.00 | 8,868.72 | 8,868.72 | 1,166.24 | 0.00 |
| Premier Bankcard | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| Purpln/FBD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 765.00 | 273.28 | 273.28 | 35.94 | 0.00 |
| Regional Adjustment Bureau Inc | Unsecured | 453.59 | NA | NA | 0.00 | 0.00 |
| Resurgence Financial LLC | Unsecured | 21,000.00 | NA | NA | 0.00 | 0.00 |
| Resurgence Financial LLC | Unsecured | 15,122.00 | NA | NA | 0.00 | 0.00 |
| RWDS660-DSB | Unsecured | 574.00 | NA | NA | 0.00 | 0.00 |
| SBC | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| Sears | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Select Portfolio Servicing Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Shell Citibank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Sonic Payday | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Tremont Financial | Unsecured | 540.72 | NA | NA | 0.00 | 0.00 |
| Unifund Corporation | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Village Of Western Springs | Unsecured | 318.44 | NA | NA | 0.00 | 0.00 |
| Walinski & Associates PC | Unsecured | 6,277.00 | 7,098.90 | 7,098.90 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $13,714.97 | $10,649.26 | $0.00 |
| **TOTAL SECURED:** | **$13,714.97** | **$10,649.26** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $18,060.79 | $18,060.79 | $0.00 |
| **TOTAL PRIORITY:** | **$18,060.79** | **$18,060.79** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$52,862.77** | **$6,017.95** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,350.96 |
| Disbursements to Creditors | $34,728.00 |
| **TOTAL DISBURSEMENTS :** | **$40,078.96** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/30/2016                                By: /s/ Marilyn O. Marshall
                                                          Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**